Official Form 1 (04/10)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **NORTHERN** DISTRICT OF **ILLINOIS** | |

| Name of Debtor (if individual, enter Last, First, Middle): **Lawlor, William T.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **xxx-xx-1647** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): **5960 Lake Bluff Dr. #101 Tinley Park, IL**  ZIPCODE **60477** | Street Address of Joint Debtor (No. & Street, City, and State):  ZIPCODE |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **SAME**  ZIPCODE | Mailing Address of Joint Debtor (if different from street address):  ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **NOT APPLICABLE**  ZIPCODE | |

**Type of Debtor** (Form of organization)
(Check **one** box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**
(Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [ ] Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Official Form 1 (04/10)

FORM B1, Page   2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>*William T. Lawlor* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | | (If more than two, attach additional sheet) |
|---|---|---|
| Location Where Filed:<br><br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | | (If more than one, attach additional sheet) |
|---|---|---|
| Name of Debtor:<br><br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X *   /s/ MICHAEL R. RICHMOND*                           *10/27/2011*<br>   Signature of Attorney for Debtor(s)                                    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (04/10)                                                                                           FORM B1, Page   3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | William T. Lawlor |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ William T. Lawlor*
Signature of Debtor

**X**
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

*10/27/2011*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
(Signature of Foreign Representative)

(Printed name of Foreign Representative)

(Date)

### Signature of Attorney*

**X** */s/ MICHAEL R. RICHMOND*
Signature of Attorney for Debtor(s)

**MICHAEL R. RICHMOND 3124632**
Printed Name of Attorney for Debtor(s)

**HELLER & RICHMOND, LTD.**
Firm Name

**33 NORTH DEARBORN STREET**
Address

**SUITE 1600**

**CHICAGO, IL   60602**

**(312) 781-6700**
Telephone Number

*10/27/2011*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *William T. Lawlor*                                                                          Case No. 

                                                                                                                                (if known)

_____
                        Debtor(s)


# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*


**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐    4.  I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ William T. Lawlor*

Date:    10/27/2011

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *William T. Lawlor*

Case No.

Chapter  *7*

_____  / Debtor

Attorney for Debtor:  **MICHAEL R. RICHMOND**

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *450.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *450.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3.  $_____*299.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated: *10/27/2011*                          Respectfully submitted,

                                    X */s/ MICHAEL R. RICHMOND* _____
            Attorney for Petitioner:*MICHAEL R. RICHMOND*
                                    *HELLER & RICHMOND, LTD.*
                                    *33 NORTH DEARBORN STREET*
                                    *SUITE 1600*
                                    *CHICAGO IL  60602*
                                    *(312) 781-6700*

# ATTORNEY-CLIENT AGREEMENT

This Agreement is made this 28ᵗʰ day of June, 2011 by and between Heller & Richmond, Ltd. (hereinafter referred to as "Attorney") of 33 N. Dearborn St., Suite 1600, Chicago, IL 60602 William Lawlor (hereinafter referred to as "Client") of Tinley Park, IL

WHEREAS, "Client" desires to engage the legal services of "Attorney" to advise and represent "Client" concerning "Client's" desire to seek Bankruptcy relief pursuant to title 11 of the United States Code;

WHEREAS, "Attorney" desires to provide such legal services to "Client":

IT IS HEREBY AGREED by and between the Parties hereto, in consideration of the mutual covenants contained herein:

<u>TERMS OF AGREEMENT</u>

1. Professional Legal Services to be Provided.
  A. Attorney shall provide the following professional legal services for "Client" in the above referenced bankruptcy matter:
    1. Analysis of the "Client's" financial situation and rendering advice to the "Client" in determining whether to file a petition in bankruptcy;
    2. Preparation and filing of any petition, schedules, statement of affairs, or plan which may be required.
    3. Representation of "Client" at the meeting of the creditors and confirmation hearing;
    4. Other:
  B. Professional legal services to be provided by "Attorney" to "Client" shall not include:
    1. Rendering advice or representing any other person or entity related to or a dependent of "Client";
    2. Filing a notice of appeal, or prosecuting or defending an appeal of any judicial ruling, except by separate agreement of the parties, hereto; or,
    3. Representing "Client" in any other judicial or administrative or alternative dispute resolution proceeding, except by separate agreement of the parties, hereto;
    4. The filing of any adversary complaint to determine the dischargability of an otherwise non-dischargeable debt.

  2. Compensation for Legal Service Provided. "Client" agrees to pay to "Attorney" and "Attorney" agrees to accept from "Client" $450.00 for the performance of these services (hereinafter referred to as "fee") in addition to the costs of approximately three hundred seventy four dollars** ($374.00)

It is hereby acknowledged that this "fee" has been based upon "Client's" representation that he/she has the following type and number of debts:
    a. -0- secured creditors;
    b. -*- unsecured creditors; (*UP TO 30 UNSECURED CREDITORS)
    c. -0- priority debts; (GOVT. DEBT INCLUDING STUDENT LOAN IS GENERALLY NOT DISCHARGABLE)
This stated "fee" has been further based upon "Client's" representation that he/she has:
    a. -1- law suits pending against him/her; (National City Judgment)
    b. -0- wage assignments pending against him/her.

"Client" agrees to pay an additional fee of one hundred dollars ($100.00) for each of the following additional items that have not been disclosed above:
    a. each secured creditor;
    b. each group of up to ten unsecured creditors over the first ten unsecured creditors;
    c. each law suit or wage assignment pending against "Client" at the time the bankruptcy is filed;
    d. "Attorney" notification to the Secretary of State of the bankruptcy in the event "Client"s driving privileges had been previously suspended in accordance with the financial responsibility laws of the State of Illinois

"Client" also acknowledges that the "fee" has been determined based upon the minimal amount of expected work to be performed on this bankruptcy matter, and that if additional legal services, such as representing "Client" in contested matters or adversary proceedings, must be performed, *if "Client" fails to attend a meeting of the creditors or any court hearing or if the petition, once prepared, has to be revised due to "Client's" failure to provide complete or accurate information, including but not limited to the list of creditors as referred to in Section 5(f) below or if "Attorney" is forced to take any steps to collect any past due Attorneys fees from "Client",* "Client" shall be responsible for additional fees at a rate of two hundred fifty dollars ($250.00) per hour.

"Client" agrees to pay all fees and court costs as follows:
    1.   $200.00 upon the execution of this agreement;
    2.   Balance due prior to filing, but within 90 days

*[handwritten: Additional fees to be charged if time is expended regarding rights to inheritance in deceased fathers estate (condo)]*

"Client" acknowledges that "Attorney" is not responsible for filing a petition or initiating any bankruptcy proceeding until "Client" has paid "Attorney" at least $824.00 *and that any monies paid upon the execution of this agreement are non-refundable* and are intended to compensate "Attorney" for his time spent in compiling the information necessary to prepare, or other steps towards the preparation of, a petition in bankruptcy.

  3. Client Cooperation. "Client" agrees to fully cooperate with "Attorney" in performing professional legal services, including, but not limited to, fully disclosing all of "Client's" potential assets and liabilities, timely appearing at meetings and hearings, promptly returning phone calls from "Attorney" to "Client", promptly communicating any changes in circumstances to "Attorney", including change of employment and change of address, and paying all legal fees and expenses as they become due. "Client" hereby warrants and covenants that he/she has fully disclosed to "Attorney" all known or suspected real property, tangible and intangible personal property, debts, leases contracts, claims in favor of or against "Client" and taxes owed.

4. Termination of Agreement.

A. "Client" may terminate this Agreement with "Attorney" at any time upon written notice to "Attorney". In the event of such termination, "Client" shall pay all legal fees incurred and shall notify "Attorney" in writing, if "Client" desires his/her file turned-over to any person or entity.

B. "Attorney" may terminate this Agreement upon written notice to "Client" for "cause". "Cause shall include, but shall not be limited to the following:

1. "Attorney" learning of "Client's" intention to commit an act that may constitute a bankruptcy crime or fraud or other unlawful conduct, and "Client's" refusal to refrain from such conduct;
2. "Client's" failure to promptly pay legal fees or expenses incurred; or
3. Any other permissive or mandatory cause to withdraw form the Attorney-Client relationship as provided for in the Code of Professional Responsibility.

5. "Client" acknowledgment.

A. "Attorney" has advised "Client" that his/her spouse, if any is jointly liable for many of "Client's" debts that have been incurred, since the time of "Client's" marriage and that "Client's" spouse can be held responsible for these debts, unless the spouse files a joint or separate petition for bankruptcy. "Attorney" has advised "Client" that there would be no additional legal "fee" or court costs to add the "Client's" spouse on a joint petition for bankruptcy, provided that the spouse does not have any creditors other than those upon which "Client's" fee was based.

B. "Attorney" has advised "Client" that some debts may not be dischargeable and in particular, secured debts or those in which "Client" has pledged some property as collateral against a loan or other financing, are not dischargeable, unless "Client" is willing to return the property, which has been pledged as collateral, to the creditor. "Client" has been further advised that in many instances he/she may retain the property, which has been pledged as collateral, if he/she agree to reaffirm the debt and continue to pay the creditor, as they were bound to do, before the filing of bankruptcy.

C. "Attorney" has reviewed with "Client" his/her options to file under Chapter 7, Chapter 11 and Chapter 13 of Title 11 of the United States Code and "Client" has elected to proceed under Chapter 7 "Client" is aware that if he/she proceeds with a Chapter 7 then he/she will be required to forfeit any and all property owned in full or in part by "Client" other than those exemptions permitted by statute *and in most instances the amount of property entitled to those exemptions is minimal. The property that could be forfeited includes, but is not limited to real estate, cash, bank accounts, household goods and furnishings, appliances, artwork, collections, sports equipment, tools, jewelry, income tax refunds, vehicles or anything else of value or potential value.*

D. "Client" acknowledges that he/she has read both front and back of this agreement and "Attorney" has answered any questions that "Client" may have had about its content.

E. "Client" acknowledges receipt of a copy of this agreement at the time of its execution.

F. It is the obligation of "Client" to supply "Attorney" with a neat, legible and complete list of all creditors of "Client" and for each creditor include their complete name, address, account number and balance owed; also, if that account was referred to a collection agency or lawyer then also include the name, address and account number of the collection agency or lawyer.

G. "Client" understands that "Attorney's" obligation to represent "Client" will end no later than upon the entry of the Order of Discharge in Bankruptcy and "Client" will be responsible for payment of additional fees at the rate of two hundred dollars ($200.00) per hour for any service that might be requested after the entry of the Order of Discharge including but not limited to telephone advise, file retrieval, providing copies of any file related documents and issues concerning credit bureau reports, obtaining credit or other forms of credit repair.

H. *"Client" hereby warrants and covenants that he/she has truthfully and fully disclosed to "Attorney" all known or suspected information requested by any aspect of the entire Bankruptcy Petition and that it is the responsibility of "Client" to be certain that this information is all accurately displayed in the actual Bankruptcy Petition at the time "Client" affixes his/her signature(s) thereto.*

** costs include the court filing fee of $299.00, the online prebankruptcy counseling of $25.00* and online debt management class of $15.00*, the 3-bureau credit report of $35.00 per person and 3 years of tax transcripts at $15.00 per tax year *surcharge of $9.95 per class/session if Client performs the service by telephone as opposed to online.

Heller & Richmond, Ltd.

By: _____

**HELLER & RICHMOND, LTD.**
**33 N. Dearborn Street**
**Suite 1600**
**Chicago, IL 60602**
**(312) 781-6700**

I AGREE TO ALL THE TERMS CONTAINED IN THIS DOCUMENT

X _____
**William T. Lawlor**

By affixing my signature above, I hereby certify that
I have not filed any petition for bankruptcy within the
past 8 years, except as otherwise noted as follows:
_____NONE_____

[✓] **YES, I HEREBY INSTRUCT ATTORNEY TO PROVIDE CLIENT WITH A 3-BUREAU CREDIT REPORT and I AGREE TO PAY THE COST OF THIRTY FIVE DOLLARS ($35.00) per person FOR THE REPORT IN ADDITION TO ALL OTHER FEES. This additional fee must be paid before the Bankruptcy Petition will be filed.**

Form B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT
# NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankuptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can expain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankuptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under the plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| _10/27/2011_ | _/s/William T. Lawlor_ | |
| Date | Signature of Debtor | Case Number |

DEBTOR COPY        COURT COPY
(circle one)

**FORM B6A (Official Form 6A) (12/07)**

In re _William T. Lawlor_ _____ ,        Case No._____

        **Debtor(s)**                                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | **TOTAL $** | _0.00_ |

No continuation sheets attached

**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re __William T. Lawlor_____ ,    Case No. _____

    Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. **Cash on hand.** | X | | | |
| 2. **Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.** | | *Comerica Bank Debit Card* *Location: In debtor's possession* | | $ 600.00 |
| | | *Synovus Bank Debit Card* *Location: In debtor's possession* | | $ 200.00 |
| 3. **Security deposits with public utilities, telephone companies, landlords, and others.** | X | | | |
| 4. **Household goods and furnishings, including audio, video, and computer equipment.** | | *Misc Household Goods and Furnishings* *Location: In debtor's possession* | | $ 1,000.00 |
| 5. **Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles.** | X | | | |
| 6. **Wearing apparel.** | | *Necessary clothing* *Location: In debtor's possession* | | $ 400.00 |
| 7. **Furs and jewelry.** | X | | | |
| 8. **Firearms and sports, photographic, and other hobby equipment.** | X | | | |
| 9. **Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each.** | X | | | |
| 10. **Annuities. Itemize and name each issuer.** | X | | | |
| 11. **Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars.** | X | | | |

B6B (Official Form 6B) (12/07)

In re __William T. Lawlor_____ ,   Case No. _____

Debtor(s)                                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | *Potential Interest in Father's Estate* *Location: In debtor's possession* | | $ 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2001 Dodge Stratus with 170,000 miles* *Location: In debtor's possession* | | $ 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07)

In re __William T. Lawlor_____,     Case No. _____

Debtor(s)                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total** ➡ | $ 3,200.00 |

Page __3__ of __3__

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re   *William T. Lawlor*_____,      Case No. _____
              Debtor(s)                                                                    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *None* | | | |

Page No. __1__ of __1__

\* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _William T. Lawlor_____,   Case No._____

          **Debtor(s)**                                              **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | | |
| | | Value: | | | | | | |
| Account No: | | | | | | | | |
| | | Value: | | | | | | |
| Account No: | | | | | | | | |
| | | Value: | | | | | | |
| No continuation sheets attached | | | | | | Subtotal $ *(Total of this page)* | $ 0.00 | $ 0.00 |
| | | | | | | Total $ *(Use only on last page)* | $ 0.00 | $ 0.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re William T. Lawlor _____,     Case No._____
           **Debtor(s)**                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re  William T. Lawlor                                    ,        Case No. _____

**Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2147 | | | 2009-05-27 | | | | $ 60.00 |
| Creditor # : 1 AdvENTIST GLEN OAKS HOSP 701 Winthrop Avenue Attn: Billing Glendale Heights IL 60139 | | | | | | | |
| Account No:   2147 | | | | | | | |
| Representing: AdvENTIST GLEN OAKS HOSP | | | MERCHANTS CREDIT GUIDE 223 W JACKSON BLVD STE 4 CHICAGO IL 60606 | | | | |
| Account No:   0625 | | | 2008-06-27 | | | | $ 102.00 |
| Creditor # : 2 AdvENTIST Hinsdale Hospital 120 North Oak Street Attn: Billing Hinsdale IL 60521 | | | | | | | |
| Account No:   0625 | | | | | | | |
| Representing: AdvENTIST Hinsdale Hospital | | | MERCHANTS CR 223 W JACKSON ST SUITE 900 CHICAGO IL 60606 | | | | |

*28* continuation sheets attached

| | | |
|---|---|---|
| Subtotal $ | | $ 162.00 |
| Total $ | | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William T. Lawlor_____,   Case No._____
    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   4761<br>*Creditor # : 3*<br>*ADVOCATE GOOD SAMARITAN HOSP*<br>*3815 Highland Ave.*<br>*Downers Grove IL 60515* | | | | | | | $ 0.00 |
| Account No.   3758<br>*Creditor # : 4*<br>*ADVOCATE SOUTH SUBURBAN HOSP*<br>*17800 S KEDZIE*<br>*Attn: Patient Services*<br>*Hazel Crest IL 60429* | | | | | | | $ 1,068.00 |
| Account No.   7067<br>*Creditor # : 5*<br>*ADVOCATE SOUTH SUBURBAN HOSP*<br>*17800 S KEDZIE*<br>*Attn: Billing*<br>*Hazel Crest IL 60429* | | | *2010-12-06* | | | | $ 1,275.00 |
| Account No.   7067<br><br>*Representing:*<br>*ADVOCATE SOUTH SUBURBAN HOSP* | | | *ILLINOIS COLLECTION SE*<br>*8231 185TH ST STE 100*<br>*TINLEY PARK IL 60487* | | | | |
| Account No.   7785<br>*Creditor # : 6*<br>*AGHA Medical, Inc.*<br>*1603 Woodland Lane*<br>*Bolingbrook IL 60490* | | | | | | | $ 1,233.95 |
| Account No.   3217<br>*Creditor # : 7*<br>*ARLINGTON RIDGE PATHOLOGY*<br>*520 E 22ND STREET*<br>*Lombard IL 60148* | | | | | | | $ 349.00 |

Sheet No. _1_ of _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | $ 3,925.95 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William T. Lawlor_____ ,        Case No. _____
              **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *9501* <br> *Creditor # : 8* <br> *Asad Zaman MD, SC* <br> *PO Box 880* <br> *Matteson IL 60443* | | | | | | | *$ 949.00* |
| Account No:   *9501* <br> *Representing:* <br> *Asad Zaman MD, SC* | | | *VAN RU CREDIT CORPORATION* <br> *1350 E. Touhy Ave.* <br> *STE 100E* <br> *Des Plaines IL 60018-3307* | | | | |
| Account No: <br> *Creditor # : 9* <br> *AT&T* <br> *P.O. BOX 8100* <br> *Aurora IL 60507* | | | | | | | *$ 300.00* |
| Account No:   *7955* <br> *Creditor # : 10* <br> *AT&T* <br> *P.O. BOX 8100* <br> *Aurora IL 60507* | | | | | | | *$ 28.67* |
| Account No:   *5464* <br> *Creditor # : 11* <br> *BEST PRACTICES OF NORTHWEST SC* <br> *P.O. Box 758682* <br> *Baltimore MD 21275* | | | *2010-10-06* | | | | *$ 773.00* |
| Account No:   *5464* <br> *Representing:* <br> *BEST PRACTICES OF NORTHWEST SC* | | | *MIRAMEDRG* <br> *991 OAK CREEK DR* <br> *LOMBARD IL 60148* | | | | |

Sheet No.   _2_ of   _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        *$ 2,050.67*

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William T. Lawlor_____ ,      Case No._____
          **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3188 <br> Creditor # : 12 <br> *BEST PRACTICES OF NORTHWEST SC* <br> *P.O. Box 758682* <br> *Baltimore MD 21275* | | | | | | | $ 750.00 |
| Account No:   3188 <br> Representing: <br> *BEST PRACTICES OF NORTHWEST SC* | | | *MIRAMED REVENUE GROUP* <br> *DEPT. 77304* <br> *P.O. BOX 77000* <br> *Detroit MI 48277* | | | | |
| Account No:   0022 <br> Creditor # : 13 <br> *BESTPractices of Northwest, SC* <br> *PO Box 758682* <br> *Baltimore MD 21275* | | | | | | | $ 773.00 |
| Account No:   5026 <br> Creditor # : 14 <br> *CARDIOthoracic & Vascular Surg* <br> *PO Box 3722* <br> *Springfield IL 62708* | | | | | | | $ 6,107.00 |
| Account No:   5214 <br> Creditor # : 15 <br> *Cardiovascular Physicians* <br> *PO Box 5940* <br> *Dept 20 1119* <br> *Carol Stream IL 60197* | | | *2010-03-23* | | | | $ 25.00 |
| Account No:   5214 <br> Representing: <br> *Cardiovascular Physicians* | | | *FFCC-COLUMBUS INC* <br> *1550 OLD HENDERSON RD ST* <br> *COLUMBUS OH 43220* | | | | |

Sheet No.   _3_  of   _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 7,655.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William T. Lawlor_____ ,        Case No._____
          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *0418* *Creditor # : 16* *CENTURy Ear Nose & Throat* *10660 W. 143rd St.* *Suite B* *Orland Park IL 60462* | | | | | | | $ 200.00 |
| Account No:   *6515* *Creditor # : 17* *Chang Dental Ce* | | | *2008-02-01* | | | | $ 682.00 |
| Account No:   *6515* *Representing:* *Chang Dental Ce* | | | *CLX SYSTEMS, INC.* *8080 MEADOWWOOD DR* *ROCKFORD MN 55373-2102* | | | | |
| Account No:   *5840* *Creditor # : 18* *COMCAST* *P O BOX 3002* *SOUTHEASTERN PA 19398-3002* | | | *2007-07-06* | | | | $ 344.00 |
| Account No:   *5840* *Representing:* *COMCAST* | | | *CREDIT MANAGEMENT LP* *4200 INTERNATIONAL PKWY* *CARROLLTON TX 75007* | | | | |
| Account No:   *8816* *Creditor # : 19* *COMCAST* *P O BOX 3002* *SOUTHEASTERN PA 19398-3002* | | | *2006-06-06* | | | | $ 294.00 |

Sheet No. _4_ of _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                  $ 1,520.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  *William T. Lawlor* _____,     Case No._____
**Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  8816<br><br>*Representing:*<br>COMCAST | | | *CREDIT PROTECTION ASSO*<br>*13355 NOEL RD STE 2100*<br>*DALLAS TX 75240* | | | | |
| Account No:<br><br>*Creditor # : 20*<br>*COMED*<br>*2100 SWIFT DRIVE*<br>*Oak Brook IL 60523* | | | | | | | $ 500.00 |
| Account No:  5695<br><br>*Creditor # : 21*<br>*COMED*<br>*BILL PAYMENT CENTER*<br>*CHICAGO ILLINOIS 60668-0001* | | | *2009-09-22* | | | | $ 563.00 |
| Account No:  5695<br><br>*Representing:*<br>*COMED* | | | *CBE GROUP*<br>*1309 TECHNOLOGY PKWY*<br>*CEDAR FALLS IA 50613* | | | | |
| Account No:  3953<br><br>*Creditor # : 22*<br>*COMMONWEALTH EDISON*<br>*Bill Payment Center*<br>*Chicago IL 60668-0001* | | | | | | | $ 341.33 |
| Account No:  3953<br><br>*Representing:*<br>*COMMONWEALTH EDISON* | | | *TORRES CREDIT SERVICES, INC*<br>*27 FAIRVIEW ST*<br>*PO BOX 189*<br>*Carlisle PA 17015* | | | | |

Sheet No.   5   of   28   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 1,404.33

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William T. Lawlor_____ ,          Case No._____
        **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3449<br>Creditor # : 23<br>Dept Of Education/neln<br>3015 S Parker Rd Ste 400<br>Aurora CO 80014 | | | 2002-01-22 | | | | $ 9,672.00 |
| Account No:   I003<br>Creditor # : 24<br>Dermatology Associates<br>18425 West Creek Dr.<br>Suite F<br>Tinley Park IL 60477 | | | | | | | $ 65.82 |
| Account No:   0209<br>Creditor # : 25<br>Discount Tire Co-ilc | | | 2008-04-11 | | | | $ 494.00 |
| Account No:   0209<br>Representing:<br>Discount Tire Co-ilc | | | STASSINOS LAW OFFICES<br>5150 SUNRISE BLVD STE B6<br>FAIR OAKS CA 95628 | | | | |
| Account No:   5001<br>Creditor # : 26<br>Dupage Emergency Phy | | | 2007-01-18 | | | | $ 277.00 |
| Account No:   5001<br>Representing:<br>Dupage Emergency Phy | | | MBB<br>1460 RENAISSANCE DR<br>PARK RIDGE IL 60068 | | | | |

Sheet No.   _6_ of   _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 10,508.82

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William T. Lawlor_____ ,        Case No._____
                **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   5004 Creditor # : 27 Dupage Emergency Phy | | | 2007-06-21 | | | | $ 732.00 |
| Account No:   5004 Representing: Dupage Emergency Phy | | | MBB 1460 RENAISSANCE DR PARK RIDGE IL 60068 | | | | |
| Account No:   5002 Creditor # : 28 Dupage Emergency Phy | | | 2007-06-21 | | | | $ 595.00 |
| Account No:   5002 Representing: Dupage Emergency Phy | | | MBB 1460 RENAISSANCE DR PARK RIDGE IL 60068 | | | | |
| Account No:   1736 Creditor # : 29 Dupage Medical Group 1860 Paysphere Circle Chicago IL 60674 | | | | | | | $ 3,610.62 |
| Account No:   1736 Representing: Dupage Medical Group | | | MERCHANTS CREDIT GUIDE 223 W. JACKSON BLVD #400 Chicago IL 60606 | | | | |

Sheet No.   7   of   28   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | $ 4,937.62 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William T. Lawlor_____ ,        Case No._____
                    **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   0876 Creditor # : 30 Edward Hospital PO Box 4207 Carol Stream IL 60197 | | | 2011-04-01 | | | | $ 785.00 |
| Account No.   0876 Representing: Edward Hospital | | | MERCHANTS CREDIT GUIDE 223 W JACKSON BLVD STE 4 CHICAGO IL 60606 | | | | |
| Account No.   4814 Creditor # : 31 Emergency Healthcare | | | 2006-03-06 | | | | $ 300.00 |
| Account No.   4814 Representing: Emergency Healthcare | | | STATE COLLECTION SERVI 2509 S STOUGHTON RD MADISON WI 53716 | | | | |
| Account No.   H624 Creditor # : 32 Glen Ellyn Police De 535 Duane Street Glen Ellyn IL 60137 | | | 2008-03-13 | | | | $ 75.00 |
| Account No.   H624 Representing: Glen Ellyn Police De | | | NORTHWEST COLLECTORS 3601 ALGONQUIN RD STE 23 ROLLING MEADOWS IL 60008 | | | | |

Sheet No.   8   of   28   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 1,160.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William T. Lawlor_____ ,   Case No._____
                    **Debtor(s)**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  **WW19**<br>Creditor # : 33<br>*Global Payments Check*<br>*Po Box 59371*<br>*Chicago IL 60659* | | | *2008-04-15* | | | | **$ 95.00** |
| Account No:  **1903**<br>Creditor # : 34<br>*Global Payments Check*<br>*Po Box 59371*<br>*Chicago IL 60659* | | | *2008-04-16* | | | | **$ 154.00** |
| Account No:  **1901**<br>Creditor # : 35<br>*Global Payments Check*<br>*Po Box 59371*<br>*Chicago IL 60659* | | | *2008-04-14* | | | | **$ 510.00** |
| Account No:  **1739**<br>Creditor # : 36<br>*Gupta  M.d.*<br>*PO Box 17881*<br>*Dept CH 17881*<br>*Palatine IL 60055* | | | *2010-09-22* | | | | **$ 1,333.00** |
| Account No:  **1739**<br>*Representing:*<br>*Gupta  M.d.* | | | *FFCC-COLUMBUS INC*<br>*1550 OLD HENDERSON RD ST*<br>*COLUMBUS OH 43220* | | | | |
| Account No:  **8760**<br>Creditor # : 37<br>*IL DEPT OF HUMAN SERVICES*<br>*P.O BOX 19407*<br>*Springfield IL 62794* | | | | | | | **Unknown** |

Sheet No.  **9**  of   **28**  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   |   **$ 2,092.00**
Total $   |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re William T. Lawlor                                    ,        Case No._____
              **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8565 Creditor # : 38 Inpatient Consulatan | | | 2010-07-27 | | | | $ 2,444.00 |
| Account No:   8565 Representing: Inpatient Consulatan | | | IC SYSTEMS INC PO BOX 64378 SAINT PAUL MN 55164 | | | | |
| Account No:   5440 Creditor # : 39 JEFFERSON CAPITAL 16 MCLELAND RD Saint Cloud MN 56303 | | | | | | | Unknown |
| Account No:   2498 Creditor # : 40 LOYOLA UNIVERSITY PHSY FOUND 2160 SOUTH FIRST AVENUE Attn: Patient Services Maywood IL 60153 | | | 2006-06-19 | | | | $ 55.00 |
| Account No:   2498 Representing: LOYOLA UNIVERSITY PHSY FOUND | | | NATIONWIDE CREDIT & CO 815 COMMERCE DR STE 100 OAK BROOK IL 60523 | | | | |
| Account No:   2496 Creditor # : 41 LOYOLA UNIVERSITY PHSY FOUND Two Westbrook Corporate Center Suite 600 Westchester IL 60154 | | | 2006-06-19 | | | | $ 144.00 |

Sheet No.   10   of   28   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 2,643.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _William T. Lawlor_____ ,   Case No._____
                    **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2496<br><br>*Representing:*<br>*LOYOLA UNIVERSITY PHSY FOUND* | | | *NATIONWIDE CREDIT & CO*<br>*815 COMMERCE DR STE 100*<br>*OAK BROOK IL 60523* | | | | |
| Account No:   39N1<br><br>*Creditor # : 42*<br>*Mario Tricoci S*<br>*605 North Michigan Avenue*<br>*Chicago IL 60611* | | | *2008-04-01* | | | | $ 351.00 |
| Account No:   39N1<br><br>*Representing:*<br>*Mario Tricoci S* | | | | | | | |
| Account No:   4062<br><br>*Creditor # : 43*<br>*Mario Tricoci Salon*<br>*605 North Michigan Avenue*<br>*Chicago IL 60611* | | | *2008-05-02* | | | | $ 113.00 |
| Account No:   4062<br><br>*Representing:*<br>*Mario Tricoci Salon* | | | *GLOBAL PAYMENTS CHECK*<br>*6215 W HOWARD ST*<br>*NILES IL 60714* | | | | |
| Account No:   9576<br><br>*Creditor # : 44*<br>*Med1 01 Walgreens Re* | | | *2010-11-02* | | | | $ 51.00 |

Sheet No. __11__ of __28__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** | $ 515.00 |
| **Total $** | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William T. Lawlor_____ ,          Case No._____
          **Debtor(s)**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   9576  *Representing:* Med1 01 Walgreens Re | | | AFFIL CREDIT 3055 41ST ST NW ST PO BOX 7739 ROCHESTER MN 55903 | | | | |
| Account No:   3175  Creditor # : 45 Med1 02 Dupage Medic | | | 2008-02-11 | | | | $ 111.00 |
| Account No:   3175  *Representing:* Med1 02 Dupage Medic | | | MERCHANTS CR 223 W JACKSON ST SUITE 900 CHICAGO IL 60606 | | | | |
| Account No:   0162  Creditor # : 46 Med1 02 Dupage Medic | | | 2008-03-31 | | | | $ 528.00 |
| Account No:   0162  *Representing:* Med1 02 Dupage Medic | | | MERCHANTS CR 223 W JACKSON ST SUITE 900 CHICAGO IL 60606 | | | | |
| Account No:   0094  Creditor # : 47 Med1 02 Dupage Medic | | | 2008-10-14 | | | | $ 476.00 |

Sheet No. _12_ of _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** | $ 1,115.00 |
| **Total $** | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re __William T. Lawlor_____ ,      Case No._____
               **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0094 *Representing:* Med1 02 Dupage Medic | | | MERCHANTS CR 223 W JACKSON ST SUITE 900 CHICAGO IL 60606 | | | | |
| Account No:   7149 Creditor # : 48 Med1 02 Northwest Co | | | 2011-06-28 | | | | $ 1,100.00 |
| Account No:   7149 *Representing:* Med1 02 Northwest Co | | | MIRAMEDRG 991 OAK CREEK DR LOMBARD IL 60148 | | | | |
| Account No:   0637 Creditor # : 49 Metro Ctr For Health | | | 2007-10-22 | | | | $ 368.00 |
| Account No:   0637 *Representing:* Metro Ctr For Health | | | DIVERSIFIED SVS GROUP 1824 W GRAND AVE STE 200 CHICAGO IL 60622 | | | | |
| Account No:   0332 Creditor # : 50 Metro Paramedics - G 395 W Lake St Elmhurst IL 60126 | | | 2008-05-12 | | | | $ 600.00 |

Sheet No.   13  of    28  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ _____ $ 2,068.00

Total $ _____

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **William T. Lawlor** _____ ,                    Case No. _____
                    **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   0332 *Representing:* Metro Paramedics - G | | | DEPENDON COLLECTION SE PO BOX 4833 OAK BROOK IL 60522 | | | | |
| Account No.   2974 Creditor # : 51 Metro Paramedics - G 395 W Lake St Elmhurst IL 60126 | | | 2008-09-13 | | | | $ 1,024.00 |
| Account No.   2974 *Representing:* Metro Paramedics - G | | | DEPENDON COLLECTION SE PO BOX 4833 OAK BROOK IL 60522 | | | | |
| Account No.   9315 Creditor # : 52 MIDamerica Cardiovascular Cons 5009 W. 95th St. Oak Lawn IL 60453 | | | | | | | $ 55.00 |
| Account No.   6342 Creditor # : 53 NATIONAL CITY BANK BANKRUPTCY DEPT PO BOX 94982 CLEVELAND OH 44101-0570 | | | Circuit Court of Cook County, IL Case no. 2009 M1 150862 | | | | $ 5,645.49 |
| Account No.   6342 *Representing:* NATIONAL CITY BANK | | | Weltman Weinberg & Reis 323 W. Lakeside Ave. Suite 200 Cleveland OH 44113 | | | | |

Sheet No. __14__ of __28__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                              Subtotal $   $ 6,724.49
                                                                 Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **William T. Lawlor** _____,   Case No. _____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **54** Creditor # : 54 Nicor Gas 1844 Ferry Road Naperville IL 60563 | | | | | | | $ 900.00 |
| Account No:   **0408** Creditor # : 55 NORTH SHORE Lung Specialist 1614 W. Central Rd. Suite 107 Arlington Heights IL 60005 | | | | | | | $ 1,060.00 |
| Account No:   **4919** Creditor # : 56 Northwest COMMUNITY Physicians 520 E. 22nd st. Lombard IL 60148 | | | | | | | $ 290.00 |
| Account No:   **9401** Creditor # : 57 NORTHWEST RADIOLOGY ASSOCIATES 520 E 22ND ST. Lombard IL 60148 | | | *2010-09-23* | | | | $ 499.00 |
| Account No:   **9401** Representing: NORTHWEST RADIOLOGY ASSOCIATES | | | STATE COLLECTION SERVI 2509 S STOUGHTON RD MADISON WI 53716 | | | | |
| Account No:   **9404** Creditor # : 58 NORTHWEST RADIOLOGY ASSOCIATES 520 E 22ND ST. Lombard IL 60148 | | | *2010-09-23* | | | | $ 277.00 |

Sheet No. __15__ of ___28___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   |   $ 3,026.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William T. Lawlor_____ ,      Case No._____
                     **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (*See instructions above.*) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   9404 <br><br> *Representing:* <br> NORTHWEST RADIOLOGY ASSOCIATES | | | STATE COLLECTION SERVI <br> 2509 S STOUGHTON RD <br> MADISON WI 53716 | | | | |
| Account No.   0163 <br> Creditor # : 59 <br> Northwest Suburban Anesthesiol <br> 8163 Solutions Center <br> Chicago IL 60677 | | | 2011-01-01 | | | | $ 2,660.00 |
| Account No.   0163 <br><br> *Representing:* <br> Northwest Suburban Anesthesiol | | | MED BUSI BUR <br> 1460 RENAISSANCE DRIVE STE 400 <br> PARK RIDGE IL 60068 | | | | |
| Account No.   1631 <br> Creditor # : 60 <br> Northwest Suburban Anesthesiol <br> 8163 Solutions Center <br> Chicago IL 60677 | | | 2011-01-01 | | | | $ 285.00 |
| Account No.   1631 <br><br> *Representing:* <br> Northwest Suburban Anesthesiol | | | MED BUSI BUR <br> 1460 RENAISSANCE DRIVE STE 400 <br> PARK RIDGE IL 60068 | | | | |
| Account No.   1017 <br> Creditor # : 61 <br> Northwest COMMUNITY HOSPITA <br> 800 WEST CENTRAL ROAD <br> Arlington Heights IL 60005 | | | | | | | $ 568.85 |

Sheet No.  16  of   28  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 3,513.85

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William T. Lawlor_____ ,   Case No._____
**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4551 | | | | | | | $ 5,302.00 |
| Creditor # : 62 Northwest COMMUNITY HOSPITA 800 WEST CENTRAL ROAD Attn: Business Office Arlington Heights IL 60005 | | | | | | | |
| Account No:   4551 | | | | | | | |
| Representing: Northwest COMMUNITY HOSPITA | | | Harris & Harris, Ltd. 222 Merchandise Mart Plaza SUITE 1900 Chicago IL 60654 | | | | |
| Account No:   9043 | | | | | | | $ 3.25 |
| Creditor # : 63 OAK FOREST HOSPITAL 15900 S. CICERO Attn: Billing Oak Forest IL 60452 | | | | | | | |
| Account No:   5733 | | | | | | | $ 30.08 |
| Creditor # : 64 OAK FOREST HOSPITAL 15900 S. CICERO Oak Forest IL 60452 | | | | | | | |
| Account No:   8695 | | | | | | | $ 14.24 |
| Creditor # : 65 OAK FOREST HOSPITAL 15900 S. CICERO Attn: Billing Oak Forest IL 60452 | | | | | | | |
| Account No:   2347 | | | | | | | $ 151.71 |
| Creditor # : 66 OAK FOREST HOSPITAL 15900 S. CICERO Attn: Billing Oak Forest IL 60452 | | | | | | | |

Sheet No. _17_ of _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   |   $ 5,501.28

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William T. Lawlor_____ ,     Case No._____
                    **Debtor(s)**                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   5394<br><br>Creditor # : 67<br>OAK FOREST HOSPITAL<br>15900 S. CICERO<br>Attn: Billing<br>Oak Forest IL 60452 | | | | | | | $ 15.18 |
| Account No:   3136<br><br>Creditor # : 68<br>OAK FOREST HOSPITAL<br>15900 S. CICERO<br>Attn: Billing<br>Oak Forest IL 60452 | | | | | | | $ 18.00 |
| Account No:   3136<br><br>Representing:<br>OAK FOREST HOSPITAL | | | LLINDBARGER GOGGAN BLAIR & SAM<br>ATTORNEYS AT LAW<br>P.O. BOX 06268<br>Chicago IL 60606 | | | | |
| Account No:   6883<br><br>Creditor # : 69<br>OAK FOREST HOSPITAL<br>15900 S. CICERO<br>Attn: Patient Billing<br>Oak Forest IL 60452 | | | | | | | $ 151.71 |
| Account No:   5483<br><br>Creditor # : 70<br>OAK FOREST HOSPITAL<br>15900 S. CICERO<br>Oak Forest IL 60452 | | | | | | | $ 13.25 |
| Account No:   1340<br><br>Creditor # : 71<br>OAK FOREST HOSPITAL<br>15900 S. CICERO<br>Attn: Billing<br>Oak Forest IL 60452 | | | | | | | $ 4.50 |

Sheet No.  _18_  of  _28_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 202.64

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William T. Lawlor_____ ,        Case No._____
            **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *8745* | | | | | | | *$ 23.70* |
| *Creditor # : 72* *OAK FOREST HOSPITAL* *15900 S. CICERO* *Attn: Patient Billing* *Oak Forest IL 60452* | | | | | | | |
| Account No:   *3758* | | | | | | | *$ 1,028.00* |
| *Creditor # : 73* *OAKlawn Radiology Imaging Cons* *37241 Eagle Way* *Chicago IL 60678-1372* | | | | | | | |
| Account No:   *3758* | | | | | | | |
| *Representing:* *OAKlawn Radiology Imaging Cons* | | | *TRUSTMARK RECOVERY* *541 OTIS BOWEN DR* *Munster IN 46321* | | | | |
| Account No:   *8913* | | | | | | | *$ 43.00* |
| *Creditor # : 74* *OAKlawn Radiology Imaging Cons* *37241 Eagle Way* *Chicago IL 60678-1372* | | | | | | | |
| Account No:   *8913* | | | | | | | |
| *Representing:* *OAKlawn Radiology Imaging Cons* | | | *TRUSTMARK RECOVERY* *541 OTIS BOWEN DR* *Munster IN 46321* | | | | |
| Account No:   *1292* | | | *2009-12-30* | | | | *$ 860.00* |
| *Creditor # : 75* *Orland Fire Protecti* *9790 W. 151st Street* *Orland Park IL 60462* | | | | | | | |

Sheet No. __19__ of ___28__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                     Subtotal $        *$ 1,954.70*
                                                     **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William T. Lawlor_____ ,     Case No._____

**Debtor(s)**     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1292 *Representing:* Orland Fire Protecti | | | ILLINOIS COLLECTION SE 8231 185TH ST STE 100 TINLEY PARK IL 60487 | | | | |
| Account No:   9629 Creditor # : 76 PALOS COMMUNITY HOSPITAL 12251 S. 80TH AVENUE Palos Heights IL 60463 | | | | | | | $ 1,068.00 |
| Account No:   9629 *Representing:* PALOS COMMUNITY HOSPITAL | | | NATIONWIDE CREDIT & CO 815 COMMERCE DRIVE SUITE 100 Oak Brook IL 60523 | | | | |
| Account No:   0209 Creditor # : 77 PALOS Diagnostic, SC PO Box 5958 Carol Stream IL 60197 | | | | | | | $ 771.00 |
| Account No:   0176 Creditor # : 78 Pay Day Loan | | | | | | | $ 924.05 |
| Account No:   0176 *Representing:* Pay Day Loan | | | Second Round, LP PO Box 1361 San Marcos TX 78667 | | | | |

Sheet No.   20   of   28   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 2,763.05

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re __William T. Lawlor_____,      Case No._____
       **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0410<br>Creditor # : 79<br>PEMS<br>9944 South Roberts Road<br>Suite 204<br>Palos Hills IL 60465-1558 | | | 2010-05-20 | | | | $ 460.00 |
| Account No:    0410<br>Representing:<br>PEMS | | | ILLINOIS COLLECTION SE<br>8231 185TH ST STE 100<br>TINLEY PARK IL 60487 | | | | |
| Account No:    9634<br>Creditor # : 80<br>PNC Bank | | | | | | | $ 4,847.58 |
| Account No:    9634<br>Representing:<br>PNC Bank | | | NCO FINANCIAL SYSTEMS<br>507 PRUDENTIAL ROAD<br>Horsham PA 19044 | | | | |
| Account No:    9634<br>Representing:<br>PNC Bank | | | LHR<br>56 Main St.<br>Hamburg NY 14075 | | | | |
| Account No:    8979<br>Creditor # : 81<br>Professional Cardiac Services<br>520 E. 22nd St.<br>Lombard IL 60148 | | | 2010-09-22 | | | | $ 82.00 |

Sheet No. __21__ of __28__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                    **Subtotal $**      $ 5,389.58
                        **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re __William T. Lawlor_____ ,   Case No._____
                    **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   8979 Representing: Professional Cardiac Services | | | STATE COLLECTION SERVI 2509 S STOUGHTON RD MADISON WI 53716 | | | | |
| Account No.   8356 Creditor # : 82 Radiologists Of Dupa | | | 2008-03-19 | | | | $ 169.00 |
| Account No.   8356 Representing: Radiologists Of Dupa | | | ILLINOIS COLLECTION SE 8231 185TH ST STE 100 TINLEY PARK IL 60487 | | | | |
| Account No.   9629 Creditor # : 83 RADIOLOGY & Nuclear Consultant 7808 College Dr, 1SE Palos Heights IL 60463 | | | | | | | $ 1,452.00 |
| Account No.   9629 Representing: RADIOLOGY & Nuclear Consultant | | | MALCOLM S. GERALD & ASSOC 332 S. MICHIGAN AVE. SUITE 600 Chicago IL 60604 | | | | |
| Account No.   0003 Creditor # : 84 SALute Visa Gold | | | 2008-01-28 | | | | $ 634.00 |

Sheet No.   22  of   28  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 2,255.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William T. Lawlor_____,   Case No._____
   **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0003  **Representing:** SALute Visa Gold | | | JEFFERSON CAPITAL SYST 16 MCLELAND RD SAINT CLOUD MN 56303 | | | | |
| Account No:   0003  **Representing:** SALute Visa Gold | | | Budzik & Dynia, LLC. 4849 N. Milwaukee Ave. Suite 801 Chicago IL 60630 | | | | |
| Account No:   8284  Creditor # : 85 SUBURBAN EMERGENCY PHYS GROUP P.O. BOX 4623 Carol Stream IL 60122 | | J | 2010-05-01 | | | | $ 490.00 |
| Account No:   8284  **Representing:** SUBURBAN EMERGENCY PHYS GROUP | | | AFFILIATED MANAGEMEN 7219 METCALF SUITE 202 OVERLAND PARK KS 66204-0947 | | | | |
| Account No:   6342  Creditor # : 86 SUBURBAN EMERGENCY PHYS GROUP P.O. BOX 4623 Carol Stream IL 60122 | | J | 2011-01-01 | | | | $ 185.00 |
| Account No:   6342  **Representing:** SUBURBAN EMERGENCY PHYS GROUP | | | AFFILIATED MANAGEMEN 7219 METCALF SUITE 202 OVERLAND PARK KS 66204-0947 | | | | |

Sheet No. _23_ of _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 675.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William T. Lawlor_____ ,   Case No._____
             **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   8749 <br> Creditor # : 87 <br> Suburban Radiologist | | | *2008-02-01* | | | | $ 88.00 |
| Account No.   8749 <br> Representing: <br> Suburban Radiologist | | | DEPENDON COLLECTION SE <br> PO BOX 4833 <br> OAK BROOK IL 60522 | | | | |
| Account No.   4266 <br> Creditor # : 88 <br> SUPERIOR AIR-GROUND AMBULANCE <br> 395 WEST LAKE STREET <br> P.O. BOX 1407 <br> Elmhurst IL 60126 | | | | | | | $ 2,516.69 |
| Account No.   6532 <br> Creditor # : 89 <br> TCF BANK HEADQUARTERS <br> 800 BURR RIDGE PARKWAY <br> Hinsdale IL 60521 | | | 2006-09-22 | | | | $ 718.00 |
| Account No.   6532 <br> Representing: <br> TCF BANK HEADQUARTERS | | | PROFESSNL ACCT MGMT IN <br> 633 W WISCONSIN AVE STE <br> MILWAUKEE WI 53203 | | | | |
| Account No.   0176 <br> Creditor # : 90 <br> The Cash Store | | | 2010-03-29 | | | | $ 924.00 |

Sheet No.   24  of   28  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 4,246.69

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **William T. Lawlor**_____,        Case No._____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    0176  *Representing:*  The Cash Store | | | SECOND ROUND LP 4150 FRIEDRICH LANE SUIT AUSTIN TX 78744 | | | | |
| Account No.    7554  Creditor # : 91 Theodore Christou Md 9050 W. 81st St. Justice IL 60458 | | | 2010-09-15 | | | | $ 1,250.00 |
| Account No.    7554  *Representing:*  Theodore Christou Md | | | ARMOR SYSTEMS CO 1700 KIEFER DR STE 1 ZION IL 60099 | | | | |
| Account No.    2230  Creditor # : 92 TraCe Ambulance, Inc. 8400 W. 183rd Place Tinley Park IL 60487 | | | | | | | $ 875.00 |
| Account No.    5385  Creditor # : 93 Tribute Mastercar P.O. Box 790215 Saint Louis MO 63179 | | | 2008-04-10 | | | | $ 771.00 |
| Account No.    5385  *Representing:*  Tribute Mastercar | | | MIDLAND CREDIT MGMT IN 8875 AERO DR SAN DIEGO CA 92123 | | | | |

Sheet No.   25  of   28  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 2,896.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William T. Lawlor_____ ,        Case No._____
       **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 1610<br>Creditor # : 94<br>UNIVERSITY OF CHICAGO PHYS GRP<br>P.O. BOX 75307<br>Chicago IL 60675 | | | | | | | $ 4,929.75 |
| Account No: 1610<br>Representing:<br>UNIVERSITY OF CHICAGO PHYS GRP | | | VMC & Associates, inc.<br>P.O. Box 6035<br>Broadview IL 60155-6035 | | | | |
| Account No: 38-5<br>Creditor # : 95<br>UNIVERSITY OF CHICAGO PHYS GRP<br>P.O. BOX 75307<br>Chicago IL 60675 | | | | | | | $ 234.75 |
| Account No: 38-5<br>Representing:<br>UNIVERSITY OF CHICAGO PHYS GRP | | | VMC & Associates, inc.<br>P.O. Box 6035<br>Broadview IL 60155-6035 | | | | |
| Account No: 8021<br>Creditor # : 96<br>US BANKS<br>P.O. Box 1800<br>Saint Paul MN 55101-0800 | | | 2008-01-01 | | | | $ 1,031.00 |
| Account No: 8021<br>Representing:<br>US BANKS | | | AMERICAN ACCOUNTS AD<br>3904 CEDARVALE DR<br>EAGAN MN 55122 | | | | |

Sheet No. _26_ of _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 6,195.50

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _William T. Lawlor_____ ,      Case No._____
          **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  5702 *Creditor # : 97* *Villa Park Photo Enf0rcement* *20 S. Ardmore Avenue* *Villa Park IL 60181* | | | 2011-03-16 | | | | $ 200.00 |
| Account No:  5702 *Representing:* *Villa Park Photo Enf0rcement* | | | *NORTHWEST COLLECTORS* *3601 ALGONQUIN RD STE 23* *ROLLING MEADOWS IL 60008* | | | | |
| Account No:  H624 *Creditor # : 98* *Villa Park Police* *40 S. Ardmore* *Villa Park IL 60181* | | | 2008-03-17 | | | | $ 60.00 |
| Account No:  H624 *Representing:* *Villa Park Police* | | | *NORTHWEST COLLECTORS* *3601 ALGONQUIN RD STE 23* *ROLLING MEADOWS IL 60008* | | | | |
| Account No:  8069 *Creditor # : 99* *Village Of Mount Prospect* *50 S. Emerson* *Mount Prospect IL 60056* | | | 2010-07-09 | | | | $ 449.00 |
| Account No:  8069 *Representing:* *Village Of Mount Prospect* | | | *ARMOR SYSTEMS CO* *1700 KIEFER DR STE 1* *ZION IL 60099* | | | | |

Sheet No. _27_ of _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 709.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William T. Lawlor_____ ,   Case No._____
          **Debtor(s)**                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   *0CYB* <br><br> *Creditor # : 100* <br> *Will County Tobacco* | | | *2004-10-28* | | | | *$ 119.00* |
| Account No.   *0CYB* <br><br> *Representing:* <br> *Will County Tobacco* | | | *PAYLIANCE* <br> *3 EASTON OVAL STE 210* <br> *COLUMBUS OH 43219* | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet No.   _28_  of   _28_ continuation sheets attached to Schedule of          **Subtotal $**     *$ 119.00*
Creditors Holding Unsecured Nonpriority Claims                                                **Total $**     *$ 87,929.17*
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re __William T. Lawlor__ _____ / Debtor        Case No. _____

                                                                              (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re _William T. Lawlor_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re **William T. Lawlor**                                        ,     Case No. _____
_____
         **Debtor(s)**                                                         (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **_Divorced_** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **_Unemployed_** | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ _0.00_ | $ _0.00_ |
| 2. Estimate monthly overtime | $ _0.00_ | $ _0.00_ |
| 3. SUBTOTAL | $ _0.00_ | $ _0.00_ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ _0.00_ | $ _0.00_ |
|     b. Insurance | $ _0.00_ | $ _0.00_ |
|     c. Union dues | $ _0.00_ | $ _0.00_ |
|     d. Other (Specify): | $ _0.00_ | $ _0.00_ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ _0.00_ | $ _0.00_ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ _0.00_ | $ _0.00_ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _0.00_ | $ _0.00_ |
| 8. Income from real property | $ _0.00_ | $ _0.00_ |
| 9. Interest and dividends | $ _0.00_ | $ _0.00_ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | |
| 11. Social security or government assistance | | |
|     (Specify): **_Social Security disability_** | $ _1,613.00_ | $ _0.00_ |
| 12. Pension or retirement income | $ _0.00_ | $ _0.00_ |
| 13. Other monthly income | | |
|     (Specify): | $ _0.00_ | $ _0.00_ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ _1,613.00_ | $ _0.00_ |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ _1,613.00_ | $ _0.00_ |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ _1,613.00_ | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

In re *William T. Lawlor* _____,     **Case No.** _____

_____
                 **Debtor(s)**                                                                (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) .......... | $            0.00 |
|     a. Are real estate taxes included?    Yes ☐    No ☐ | |
|     b. Is property insurance included?    Yes ☐    No ☐ | |
| 2. Utilities: a. Electricity and heating fuel | $          300.00 |
|           b. Water and sewer | $            0.00 |
|           c. Telephone | $            0.00 |
|           d. Other   *cell phone* | $          100.00 |
|           Other   *cable and Internet* | $          180.00 |
| 3. Home maintenance (repairs and upkeep) | $            0.00 |
| 4. Food | $          400.00 |
| 5. Clothing | $          100.00 |
| 6. Laundry and dry cleaning | $            0.00 |
| 7. Medical and dental expenses | $           50.00 |
| 8. Transportation (not including car payments) | $          200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $            0.00 |
| 10. Charitable contributions | $            0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | $            0.00 |
|           b. Life | $            0.00 |
|           c. Health | $            0.00 |
|           d. Auto | $           60.00 |
|           e. Other | $            0.00 |
|             Other | $            0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify) | $            0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto | $            0.00 |
|           b. Other: *condo assessments* | $          275.00 |
|           c. Other: | $            0.00 |
| 14. Alimony, maintenance, and support paid to others | $            0.00 |
| 15. Payments for support of additional dependents not living at your home | $            0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $            0.00 |
| 17. Other:   *PERSONAL ITEMS & GROOMING* | $          100.00 |
|     Other: | $            0.00 |
| | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $         1,765.00 |
|     and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
|     a. Average monthly income from Line 16 of Schedule I | $         1,613.00 |
|     b. Average monthly expenses from Line 18 above | $         1,765.00 |
|     c. Monthly net income (a. minus b.) | $        (152.00) |

West Group, Rochester, NY.

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re   *William T. Lawlor*

Case No.

Chapter:   **7**

_____/Debtor(s)

Attorney For Debtor:   **MICHAEL R. RICHMOND**

## LIST OF CREDITORS

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 1 | AdvENTIST GLEN OAKS HOSP<br>701 Winthrop Avenue<br>Attn: Billing<br>Glendale Heights, IL  60139 | | | $ 60.00 |
| 2 | AdvENTIST Hinsdale Hospital<br>120 North Oak Street<br>Attn: Billing<br>Hinsdale, IL  60521 | | | $ 102.00 |
| 3 | ADVOCATE GOOD SAMARITAN HOSP<br>3815 Highland Ave.<br>Downers Grove, IL  60515 | | | $ 0.00 |
| 4 | ADVOCATE SOUTH SUBURBAN HOSP<br>17800 S KEDZIE<br>Attn: Patient Services<br>Hazel Crest, IL  60429 | | | $ 1,068.00 |
| 5 | ADVOCATE SOUTH SUBURBAN HOSP<br>17800 S KEDZIE<br>Attn: Billing<br>Hazel Crest, IL  60429 | | | $ 1,275.00 |
| 6 | AGHA Medical, Inc.<br>1603 Woodland Lane<br>Bolingbrook, IL  60490 | | | $ 1,233.95 |
| 7 | ARLINGTON RIDGE PATHOLOGY<br>520 E 22ND STREET<br>Lombard, IL  60148 | | | $ 349.00 |
| 8 | Asad Zaman MD, SC<br>PO Box 880<br>Matteson, IL  60443 | | | $ 949.00 |

West Group, Rochester, NY

## LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 9 | AT&T<br>P.O. BOX 8100<br><br>Aurora, IL  60507 | | | $ 300.00 |
| 10 | AT&T<br>P.O. BOX 8100<br><br>Aurora, IL  60507 | | | $ 28.67 |
| 11 | BEST PRACTICES OF NORTHWEST SC<br>P.O. Box 758682<br>Baltimore, MD  21275 | | | $ 773.00 |
| 12 | BEST PRACTICES OF NORTHWEST SC<br>P.O. Box 758682<br>Baltimore, MD  21275 | | | $ 750.00 |
| 13 | BESTPractices of Northwest, SC<br>PO Box 758682<br>Baltimore, MD  21275 | | | $ 773.00 |
| 14 | CARDIOthoracic & Vascular Surg<br>PO Box 3722<br>Springfield, IL  62708 | | | $ 6,107.00 |
| 15 | Cardiovascular Physicians<br>PO Box 5940<br>Dept 20 1119<br>Carol Stream, IL  60197 | | | $ 25.00 |
| 16 | CENTURy Ear Nose & Throat<br>10660 W. 143rd St.<br>Suite B<br>Orland Park, IL  60462 | | | $ 200.00 |
| 17 | Chang Dental Ce | | | $ 682.00 |
| 18 | COMCAST<br>P O BOX 3002<br>SOUTHEASTERN, PA  19398-3002 | | | $ 344.00 |
| 19 | COMCAST<br>P O BOX 3002<br>SOUTHEASTERN, PA  19398-3002 | | | $ 294.00 |

West Group, Rochester, NY.

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|-------------------|---------|--------------|
| 20 | COMED<br>2100 SWIFT DRIVE<br>Oak Brook, IL 60523 | | | $ 500.00 |
| 21 | COMED<br>BILL PAYMENT CENTER<br>CHICAGO, ILLINOIS 60668-0001 | | | $ 563.00 |
| 22 | COMMONWEALTH EDISON<br>Bill Payment Center<br>Chicago, IL 60668-0001 | | | $ 341.33 |
| 23 | Dept Of Education/neln<br>3015 S Parker Rd Ste 400<br>Aurora, CO 80014 | | | $ 9,672.00 |
| 24 | Dermatology Associates<br>18425 West Creek Dr.<br>Suite F<br>Tinley Park, IL 60477 | | | $ 65.82 |
| 25 | Discount Tire Co-ilc | | | $ 494.00 |
| 26 | Dupage Emergency Phy | | | $ 277.00 |
| 27 | Dupage Emergency Phy | | | $ 732.00 |
| 28 | Dupage Emergency Phy | | | $ 595.00 |
| 29 | Dupage Medical Group<br>1860 Paysphere Circle<br>Chicago, IL 60674 | | | $ 3,610.62 |
| 30 | Edward Hospital<br>PO Box 4207<br>Carol Stream, IL 60197 | | | $ 785.00 |

## LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 31 | Emergency Healthcare | | | $ 300.00 |
| 32 | Glen Ellyn Police De<br>535 Duane Street<br>Glen Ellyn, IL  60137 | | | $ 75.00 |
| 33 | Global Payments Check<br>Po Box 59371<br>Chicago, IL  60659 | | | $ 95.00 |
| 34 | Global Payments Check<br>Po Box 59371<br>Chicago, IL  60659 | | | $ 154.00 |
| 35 | Global Payments Check<br>Po Box 59371<br>Chicago, IL  60659 | | | $ 510.00 |
| 36 | Gupta  M.d.<br>PO Box 17881<br>Dept CH 17881<br>Palatine, IL  60055 | | | $ 1,333.00 |
| 37 | IL DEPT OF HUMAN SERVICES<br>P.O BOX 19407<br>Springfield, IL  62794 | | | Unknown |
| 38 | Inpatient Consulatan | | | $ 2,444.00 |
| 39 | JEFFERSON CAPITAL<br>16 MCLELAND RD<br>Saint Cloud, MN  56303 | | | Unknown |
| 40 | LOYOLA UNIVERSITY PHSY FOUND<br>2160 SOUTH FIRST AVENUE<br>Attn: Patient Services<br>Maywood, IL  60153 | | | $ 55.00 |
| 41 | LOYOLA UNIVERSITY PHSY FOUND<br>Two Westbrook Corporate Center<br>Suite 600<br>Westchester, IL  60154 | | | $ 144.00 |

# LIST OF CREDITORS

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 42 | Mario Tricoci S<br>605 North Michigan Avenue<br>Chicago, IL  60611 | | | $ 351.00 |
| 43 | Mario Tricoci Salon<br>605 North Michigan Avenue<br>Chicago, IL  60611 | | | $ 113.00 |
| 44 | Med1 01 Walgreens Re | | | $ 51.00 |
| 45 | Med1 02 Dupage Medic | | | $ 111.00 |
| 46 | Med1 02 Dupage Medic | | | $ 528.00 |
| 47 | Med1 02 Dupage Medic | | | $ 476.00 |
| 48 | Med1 02 Northwest Co | | | $ 1,100.00 |
| 49 | Metro Ctr For Health | | | $ 368.00 |
| 50 | Metro Paramedics - G<br>395 W Lake St<br>Elmhurst, IL  60126 | | | $ 600.00 |
| 51 | Metro Paramedics - G<br>395 W Lake St<br>Elmhurst, IL  60126 | | | $ 1,024.00 |
| 52 | MIDamerica Cardiovascular Cons<br>5009 W. 95th St.<br>Oak Lawn, IL  60453 | | | $ 55.00 |

West Group, Rochester, NY.

## LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 53 | NATIONAL CITY BANK<br>BANKRUPTCY DEPT<br>PO BOX 94982<br>CLEVELAND, OH  44101-0570 | Circuit Court of Cook County, IL<br>Case no. 2009 M1 150862 | | $ 5,645.49 |
| 54 | Nicor Gas<br>1844 Ferry Road<br>Naperville, IL  60563 | | | $ 900.00 |
| 55 | NORTH SHORE Lung Specialist<br>1614 W. Central Rd.<br>Suite 107<br>Arlington Heights, IL  60005 | | | $ 1,060.00 |
| 56 | Northwest COMMUNITY Physicians<br>520 E. 22nd st.<br>Lombard, IL  60148 | | | $ 290.00 |
| 57 | NORTHWEST RADIOLOGY ASSOCIATES<br>520 E 22ND ST.<br>Lombard, IL  60148 | | | $ 499.00 |
| 58 | NORTHWEST RADIOLOGY ASSOCIATES<br>520 E 22ND ST.<br>Lombard, IL  60148 | | | $ 277.00 |
| 59 | Northwest Suburban Anesthesiol<br>8163 Solutions Center<br>Chicago, IL  60677 | | | $ 2,660.00 |
| 60 | Northwest Suburban Anesthesiol<br>8163 Solutions Center<br>Chicago, IL  60677 | | | $ 285.00 |
| 61 | Northwest COMMUNITY HOSPITA<br>800 WEST CENTRAL ROAD<br>Arlington Heights, IL  60005 | | | $ 568.85 |
| 62 | Northwest COMMUNITY HOSPITA<br>800 WEST CENTRAL ROAD<br>Attn: Business Office<br>Arlington Heights, IL  60005 | | | $ 5,302.00 |
| 63 | OAK FOREST HOSPITAL<br>15900 S. CICERO<br>Attn: Billing<br>Oak Forest, IL  60452 | | | $ 3.25 |

West Group, Rochester, NY

## LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 64 | *OAK FOREST HOSPITAL*<br>*15900 S. CICERO*<br>*Oak Forest, IL  60452* | | | *$ 30.08* |
| 65 | *OAK FOREST HOSPITAL*<br>*15900 S. CICERO*<br>*Attn: Billing*<br>*Oak Forest, IL  60452* | | | *$ 14.24* |
| 66 | *OAK FOREST HOSPITAL*<br>*15900 S. CICERO*<br>*Attn: Billing*<br>*Oak Forest, IL  60452* | | | *$ 151.71* |
| 67 | *OAK FOREST HOSPITAL*<br>*15900 S. CICERO*<br>*Attn: Billing*<br>*Oak Forest, IL  60452* | | | *$ 15.18* |
| 68 | *OAK FOREST HOSPITAL*<br>*15900 S. CICERO*<br>*Attn: Billing*<br>*Oak Forest, IL  60452* | | | *$ 18.00* |
| 69 | *OAK FOREST HOSPITAL*<br>*15900 S. CICERO*<br>*Attn: Patient Billing*<br>*Oak Forest, IL  60452* | | | *$ 151.71* |
| 70 | *OAK FOREST HOSPITAL*<br>*15900 S. CICERO*<br>*Oak Forest, IL  60452* | | | *$ 13.25* |
| 71 | *OAK FOREST HOSPITAL*<br>*15900 S. CICERO*<br>*Attn: Billing*<br>*Oak Forest, IL  60452* | | | *$ 4.50* |
| 72 | *OAK FOREST HOSPITAL*<br>*15900 S. CICERO*<br>*Attn: Patient Billing*<br>*Oak Forest, IL  60452* | | | *$ 23.70* |
| 73 | *OAKlawn Radiology Imaging Cons*<br>*37241 Eagle Way*<br>*Chicago, IL  60678-1372* | | | *$ 1,028.00* |
| 74 | *OAKlawn Radiology Imaging Cons*<br>*37241 Eagle Way*<br>*Chicago, IL  60678-1372* | | | *$ 43.00* |

West Group, Rochester, NY

# LIST OF CREDITORS

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 75 | Orland Fire Protecti<br>9790 W. 151st Street<br>Orland Park, IL  60462 | | | $ 860.00 |
| 76 | PALOS COMMUNITY HOSPITAL<br>12251 S. 80TH AVENUE<br>Palos Heights, IL  60463 | | | $ 1,068.00 |
| 77 | PALOS Diagnostic, SC<br>PO Box 5958<br>Carol Stream, IL  60197 | | | $ 771.00 |
| 78 | Pay Day Loan | | | $ 924.05 |
| 79 | PEMS<br>9944 South Roberts Road<br>Suite 204<br>Palos Hills, IL  60465-1558 | | | $ 460.00 |
| 80 | PNC Bank | | | $ 4,847.58 |
| 81 | Professional Cardiac Services<br>520 E. 22nd St.<br>Lombard, IL  60148 | | | $ 82.00 |
| 82 | Radiologists Of Dupa | | | $ 169.00 |
| 83 | RADIOLOGY & Nuclear Consultant<br>7808 College Dr, 1SE<br>Palos Heights, IL  60463 | | | $ 1,452.00 |
| 84 | SALute Visa Gold | | | $ 634.00 |
| 85 | SUBURBAN EMERGENCY PHYS GROUP<br>P.O. BOX 4623<br>Carol Stream, IL  60122 | | | $ 490.00 |

West Group, Rochester, NY.

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|---|
| 86 | SUBURBAN EMERGENCY PHYS GROUP<br>P.O. BOX 4623<br>Carol Stream, IL  60122 | | | $ 185.00 |
| 87 | Suburban Radiologist | | | $ 88.00 |
| 88 | SUPERIOR AIR-GROUND AMBULANCE<br>395 WEST LAKE STREET<br>P.O. BOX 1407<br>Elmhurst, IL  60126 | | | $ 2,516.69 |
| 89 | TCF BANK HEADQUARTERS<br>800 BURR RIDGE PARKWAY<br>Hinsdale, IL  60521 | | | $ 718.00 |
| 90 | The Cash Store | | | $ 924.00 |
| 91 | Theodore Christou Md<br>9050 W. 81st St.<br>Justice, IL  60458 | | | $ 1,250.00 |
| 92 | TraCe Ambulance, Inc.<br>8400 W. 183rd Place<br>Tinley Park, IL  60487 | | | $ 875.00 |
| 93 | Tribute Mastercar<br>P.O. Box 790215<br>Saint Louis, MO  63179 | | | $ 771.00 |
| 94 | UNIVERSITY OF CHICAGO PHYS GRP<br>P.O. BOX 75307<br>Chicago, IL  60675 | | | $ 4,929.75 |
| 95 | UNIVERSITY OF CHICAGO PHYS GRP<br>P.O. BOX 75307<br>Chicago, IL  60675 | | | $ 234.75 |
| 96 | US BANKS<br>P.O. Box 1800<br>Saint Paul, MN  55101-0800 | | | $ 1,031.00 |

## LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 97 | Villa Park Photo Enf0rcement<br>20 S. Ardmore Avenue<br>Villa Park, IL  60181 | | | $ 200.00 |
| 98 | Villa Park Police<br>40 S. Ardmore<br>Villa Park, IL  60181 | | | $ 60.00 |
| 99 | Village Of Mount Prospect<br>50 S. Emerson<br>Mount Prospect, IL  60056 | | | $ 449.00 |
| 100 | Will County Tobacco | | | $ 119.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *William T. Lawlor*

Case No.
Chapter  **7**

_____ / Debtor

Attorney for Debtor:  **MICHAEL R. RICHMOND**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

      The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *10/27/2011*_____

/s/ *William T. Lawlor*_____
Debtor

AdvENTIST GLEN OAKS HOSP
701 Winthrop Avenue
Attn: Billing
Glendale Heights, IL  60139

AdvENTIST Hinsdale Hospital
120 North Oak Street
Attn: Billing
Hinsdale, IL  60521

ADVOCATE GOOD SAMARITAN HOSP
3815 Highland Ave.
Downers Grove, IL  60515

ADVOCATE SOUTH SUBURBAN HOSP
17800 S KEDZIE
Attn: Patient Services
Hazel Crest, IL  60429

ADVOCATE SOUTH SUBURBAN HOSP
17800 S KEDZIE
Attn: Billing
Hazel Crest, IL  60429

AFFIL CREDIT
3055 41ST ST NW ST PO BOX 7739
ROCHESTER, MN  55903

AFFILIATED MANAGEMEN
7219 METCALF SUITE 202
OVERLAND PARK, KS  66204-0947

AGHA Medical, Inc.
1603 Woodland Lane
Bolingbrook, IL  60490

AMERICAN ACCOUNTS AD
3904 CEDARVALE DR
EAGAN, MN  55122

ARLINGTON RIDGE PATHOLOGY
520 E 22ND STREET
Lombard, IL  60148

ARMOR SYSTEMS CO
1700 KIEFER DR STE 1
ZION, IL  60099

Asad Zaman MD, SC
PO Box 880
Matteson, IL  60443

AT&T
P.O. BOX 8100

Aurora, IL  60507

BEST PRACTICES OF NORTHWEST SC
P.O. Box 758682
Baltimore, MD  21275

BESTPro-Account of Northwest SO
PO Box 758682
Baltimore, MD  21275

Budzik & Dynia, LLC.
4849 N. Milwaukee Ave.
Suite 801
Chicago, IL  60630

CARDIOthoracic & Vascular Surg
PO Box 3722
Springfield, IL  62708

Cardiovascular Physicians
PO Box 5940
Dept 20 1119
Carol Stream, IL  60197

CBE GROUP
1309 TECHNOLOGY PKWY
CEDAR FALLS, IA  50613

CENTURy Ear Nose & Throat
10660 W. 143rd St.
Suite B
Orland Park, IL  60462

Chang Dental Ce

CLX SYSTEMS, INC.
8080 MEADOWWOOD DR
ROCKFORD, MN  55373-2102

COMCAST
P O BOX 3002
SOUTHEASTERN, PA  19398-3002

COMED
BILL PAYMENT CENTER
CHICAGO, ILLINOIS  60668-0001

COMED
2100 SWIFT DRIVE
Oak Brook, IL  60523

COMMONWEALTH EDISON
Bill Payment Center
Chicago, IL  60668-0001

CREDIT MANAGEMENT LP
4200 INTERNATIONAL PKWY
CARROLLTON, TX  75007

CREDIT PROTECTION ASSO
13355 NOEL RD STE 2100
DALLAS, TX  75240

DEPENDON COLLECTION SE
PO BOX 4833
OAK BROOK, IL  60522

Dept Of Corrections/Parole
3015 S Parker Rd Ste 400
Aurora, CO  80014

Dermatology Associates
18425 West Creek Dr.
Suite F
Tinley Park, IL  60477

Discount Tire Co-ilc

DIVERSIFIED SVS GROUP
1824 W GRAND AVE STE 200
CHICAGO, IL  60622

Dupage Emergency Phy

Dupage Medical Group
1860 Paysphere Circle
Chicago, IL  60674

Edward Hospital
PO Box 4207
Carol Stream, IL  60197

Emergency Healthcare

FFCC-COLUMBUS INC
1550 OLD HENDERSON RD ST
COLUMBUS, OH  43220

Glen Ellyn Police De
535 Duane Street
Glen Ellyn, IL  60137

Global Payments Check
Po Box 59371
Chicago, IL  60659

GLOBAL PAYMENTS CHECK
6215 W HOWARD ST
NILES, IL  60714

Gupta  M.d.
PO Box 17881
Dept CH 17881
Palatine, IL  60055

Harris & Harris, Ltd.
222 Merchandise Mart Plaza
SUITE 1900
Chicago, IL  60654

IC SYSTEMS INC
PO BOX 64378
SAINT PAUL, MN  55164

IL DEPT OF HUMAN SERVICES
P.O BOX 19407
Springfield, IL  62794

ILLINOIS COLLECTION SERV
8231 185TH ST STE 100
TINLEY PARK, IL  60487

Inpatient Consulatan

JEFFERSON CAPITAL
16 MCLELAND RD
Saint Cloud, MN  56303

JEFFERSON CAPITAL SYST
16 MCLELAND RD
SAINT CLOUD, MN  56303

William T. Lawlor
5960 Lake Bluff Dr.
#101
Tinley Park, IL  60477

LHR
56 Main St.
Hamburg, NY  14075

LLINDBARGER GOGGAN BLAIR & SAM
ATTORNEYS AT LAW
P.O. BOX 06268
Chicago, IL  60606

LOYOLA UNIVERSITY PHSY FOUND
Two Westbrook Corporate Center
Suite 600
Westchester, IL  60154

LOYOLA UNIVERSITY PHSY FOUND
2160 SOUTH FIRST AVENUE
Attn: Patient Services
Maywood, IL  60153

MALCOLM S. GERALD & ASSOC
332 S. MICHIGAN AVE.
SUITE 600
Chicago, IL  60604

Mario Tricoci S
605 North Michigan Avenue
Chicago, IL  60611

Mario Tricoci Salon
605 North Michigan Avenue
Chicago, IL  60611

MBB
1460 RENAISSANCE DR
PARK RIDGE, IL  60068

MED BUSI BUR
1460 RENAISSANCE DRIVE STE 400
PARK RIDGE, IL  60068

Med1 01 Walgreens Re

Med1 00 Ongoing Media

Med1 02 Northwest Co

MERCHANTS CR
223 W JACKSON ST SUITE 900
CHICAGO, IL  60606

MERCHANTS CREDIT GUIDE
223 W. JACKSON BLVD
#400
Chicago, IL  60606

MERCHANTS CREDIT GUIDE
223 W JACKSON BLVD STE 4
CHICAGO, IL  60606

Metro Ctr For Health

Metro Paramedics - G
395 W Lake St
Elmhurst, IL  60126

MICHAEL R. RICHMOND
33 NORTH DEARBORN STREET
SUITE 1600
CHICAGO, IL  60602

MIDamerica Cardiovascular Cons
5009 W. 95th St.
Oak Lawn, IL  60453

MIDLAND CREDIT MGMT IN
8875 AERO DR
SAN DIEGO, CA  92123

MIRAMED REVENUE GROUP
DEPT. 77304
P.O. BOX 77000
Detroit, MI  48277

MIRAMEDRG
991 OAK CREEK DR
LOMBARD, IL  60148

NATIONAL CITY BANK
BANKRUPTCY DEPT
PO BOX 94982
CLEVELAND, OH  44101-0570

NATIONWIDE CREDIT & CO
815 COMMERCE DR STE 100
OAK BROOK, IL  60523

NATIONWIDE CREDIT & CO
815 COMMERCE DRIVE
SUITE 100
Oak Brook, IL  60523

NCO FINANCIAL SYSTEMS
507 PRUDENTIAL ROAD
Horsham, PA  19044

Nicor Gas
1844 Ferry Road
Naperville, IL  60563

NORTH SHORE Lung Specialist
1614 W. Central Rd.
Suite 107
Arlington Heights, IL  60005

NORTHWEST COLLECTORS
3601 ALGONQUIN RD STE 23
ROLLING MEADOWS, IL  60008

Northwest COMMUNITY Physicians
520 E. 22nd st.
Lombard, IL  60148

NORTHWEST RADIOLOGY ASSOCIATES
520 E 22ND ST.
Lombard, IL  60148

Northwest Suburban Anesthesiol
8163 Solutions Center
Chicago, IL  60677

Northwest COMMUNITY HOSPITA
800 WEST CENTRAL ROAD
Arlington Heights, IL  60005

OAK FOREST HOSPITAL
15900 S. CICERO
Attn: Billing
Oak Forest, IL  60452

OAK FOREST HOSPITAL
15900 S. CICERO
Attn: Patient Billing
Oak Forest, IL  60452

OAK FOREST HOSPITAL
15900 S. CICERO
Oak Forest, IL  60452

OAKlawn Radiology Imaging Cons
37241 Eagle Way
Chicago, IL  60678-1372

Orland Fire Protecti
9790 W. 151st Street
Orland Park, IL  60462

PALOS COMMUNITY HOSPITAL
12251 S. 80TH AVENUE
Palos Heights, IL  60463

PALOS COMMUNITY..., SC...
PO Box 5958
Carol Stream, IL  60197

Pay Day Loan

PAYLIANCE
3 EASTON OVAL STE 210
COLUMBUS, OH  43219

PEMS
9944 South Roberts Road
Suite 204
Palos Hills, IL  60465-1558

PNC Bank

Professional Cardiac Services
520 E. 22nd St.
Lombard, IL  60148

PROFESSNL ACCT MGMT IN
633 W WISCONSIN AVE STE
MILWAUKEE, WI  53203

Radiologists Of Dupa

RADIOLOGY & Nuclear Consultant
7808 College Dr, 1SE
Palos Heights, IL  60463

SALute Visa Gold

SECOND ROUND LP
4150 FRIEDRICH LANE SUIT
AUSTIN, TX  78744

Second Round, LP
PO Box 1361
San Marcos, TX  78667

STASSINOS LAW OFFICES
5150 SUNRISE BLVD STE B6
FAIR OAKS, CA  95628

STATE COLLECTION SERVI
2509 S STOUGHTON RD
MADISON, WI  53716

SUBURBAN EMERGENCY PHYS GROUP
P.O. BOX 4623
Carol Stream, IL  60122

Suburban Radiologist

SUPERIOR AIR-GROUND AMBULANCE
395 WEST LAKE STREET
P.O. BOX 1407
Elmhurst, IL  60126

TCF BANK HEADQUARTERS
800 BURR RIDGE PARKWAY
Hinsdale, IL  60521

The Cash Store

Theodore Christou Md
9050 W. 81st St.
Justice, IL  60458

TORRES CREDIT SERVICES, INC
27 FAIRVIEW ST
PO BOX 189
Carlisle, PA  17015

TraCe Ambulance, Inc.
8400 W. 183rd Place
Tinley Park, IL  60487

Tribute Mastercar
P.O. Box 790215
Saint Louis, MO  63179

TRUSTMARK RECOVERY
541 OTIS BOWEN DR
Munster, IN  46321

UNIVERSITY OF CHICAGO PHYS GRP
P.O. BOX 75307
Chicago, IL  60675

US BANKS
P.O. Box 1800
Saint Paul, MN  55101-0800

VAN RU CREDIT CORPORATION
1350 E. Touhy Ave.
STE 100E
Des Plaines, IL  60018-3307

Villa Park Photo Enf0rcement
20 S. Ardmore Avenue
Villa Park, IL  60181

Villa Park Police
40 S. Ardmore
Villa Park, IL  60181

Village Of Mount Prospect
50 S. Emerson
Mount Prospect, IL  60056

VMC & Associates, inc.
P.O. Box 6035
Broadview, IL  60155-6035

Weltman Weinberg & Reis
323 W. Lakeside Ave.
Suite 200
Cleveland, OH  44113

Will County Tobacco

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *William T. Lawlor*                                        Case No.

                                                                Chapter  7

_____ / Debtor

# CHAPTER 7 STATEMENT OF INTENTION

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. |  |
|---|---|
| **Creditor's Name :** <br><br> *None* | **Describe Property Securing Debt :** |

Property will be (check one) :

☐ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt        ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. |  |  |
|---|---|---|
| **Lessor's Name:** <br><br> *None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br><br> ☐ Yes        ☐ No |

## Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _10/27/2011_____        Debtor: */s/ William T. Lawlor* _____

Date: _____        Joint Debtor: _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: *William T. Lawlor*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

*Year to date: $1,852*
*Last Year: $2,667*
*Year before: 0*

---

### 2. Income other than from employment or operation of business

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

*Year to date: $17,000 approx        social security*
*Last Year:  $20,076*

| AMOUNT | SOURCE |
|--------|--------|

*Year before: $20,000 approx*

---

### 3. Payments to creditors

None ☒

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|--------|--------|--------|--------|
| *National City Bank v. Debtor 09 M1 150862* | *contract* | *Circuit Court of Cook County, IL* | *judgment* |

---

None ☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None

☒    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None

☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None

☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None

☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None

☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Payee: HELLER & RICHMOND, LTD.<br>Address:<br>33 NORTH DEARBORN STREET<br>SUITE 1600<br>CHICAGO, IL 60602 | Date of Payment:<br>Payor: William T. Lawlor | $450.00 |

## 10. Other transfers

None

☒    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None

☒    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None

☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None

☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None

☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None

☒

List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None

☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None

☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None  ☒   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None  ☒   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None  ☒   a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

None  ☒   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  _10/27/2011_     Signature   _/s/ William T. Lawlor_
of Debtor

Date  _____     Signature   _____
of Joint Debtor
(if any)

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *William T. Lawlor*

Case No.
Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $          0.00 | | |
| B-Personal Property | *Yes* | *3* | $      3,200.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $          0.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $          0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *29* | | $     87,929.17 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $     1,613.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $     1,765.00 |
| TOTAL | | *40* | $      3,200.00 | $     87,929.17 | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *William T. Lawlor*

Case No.

Chapter   **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $  *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $  *0.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $  *0.00* |
| Student Loan Obligations (from Schedule F) | $  *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $  *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $  *0.00* |
| **TOTAL** | $  *0.00* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $  *1,613.00* |
| Average Expenses (from Schedule J, Line 18) | $  *1,765.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $  *310.00* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  *0.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $  *0.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $  *0.00* |
| 4. Total from Schedule F | | $  *87,929.17* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  *87,929.17* |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re _William T. Lawlor_ _____     Case No. _____
                           Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    _41_    sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date:  _10/27/2011_ _____          Signature  _/s/ William T. Lawlor_ _____
                                                     _William T. Lawlor_




[If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.